**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-cv-20431-KMM

FRANKLIN VELOZ,

     Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

     Defendant.

_____/

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this cause is appropriate pursuant to Internal

Operating Procedure 2.15.00, due to the related nature of *Downs v. Portfolio Recovery Associates*

*LLC*, Case No. 0:23-cv-60151-JEM, and subject to the consent of the Honorable Jose E. Martinez,

it is hereby ORDERED AND ADJUDGED that the above-captioned cause is transferred to the

calendar of Judge Jose E. Martinez for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this *24th* day of April, 2023.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above-captioned cause, the undersigned accepts the transfer of this case.  Therefore, it is

ORDERED AND ADJUDGED that all pleadings filed after this date shall bear the following case number, 1:23-cv-20431-JEM, indicating the Judge to whom all pleadings should be routed.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of April, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

c:      Clerk of Court
        All counsel of record

2